LAW LIBRARY

NO. 29441

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

SYDNEY NOBUTO TOKUNAGA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-2216)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Sydney Nobuto Tokunaga's application for writ of certiorari, filed on December 8, 2009, is hereby rejected.

DATED:  Honolulu, Hawai‘i, **January 14, 2010.**

FOR THE COURT:

*[signature]*

Associate Justice

Walter J. Rodby
for petitioner/defendant-
appellant on the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.